UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,                     :
                                         :
                     Plaintiff        :   No. 07 CV 11343 (GEL)
                                         :
v.                                       :
                                         :   **ECF Case**
                                         :
JOSEPH P. COLLINS,                           **JURY TRIAL DEMANDED**
                                         :
                     Defendant.
                                         :
                                         :
---------------------------------------- X

## ANSWER OF DEFENDANT JOSEPH P. COLLINS

Defendant Joseph P. Collins (the "Defendant"), by and through his attorneys, Cooley Godward Kronish LLP, answers as follows with respect to the Complaint dated December 17, 2007. Defendant reserves the right to alter or amend this Answer as permitted by the Federal Rules of Civil Procedure.

## SUMMARY

1.    Defendant respectfully declines to answer Paragraph 1 based on his rights under the Fifth Amendment to the Constitution.

2.    Defendant respectfully declines to answer Paragraph 2 based on his rights under the Fifth Amendment to the Constitution.

3.    Defendant respectfully declines to answer Paragraph 3 based on his rights under the Fifth Amendment to the Constitution.

4. Defendant respectfully declines to answer Paragraph 4 based on his rights under the Fifth Amendment to the Constitution.

5. Defendant respectfully declines to answer Paragraph 5 based on his rights under the Fifth Amendment to the Constitution.

6. Defendant respectfully declines to answer Paragraph 6 based on his rights under the Fifth Amendment to the Constitution.

## JURISDICTION AND VENUE

7. Paragraph 7 is a jurisdictional statement that Defendant is not required to admit or deny.

8. Defendant respectfully declines to answer Paragraph 8 based on his rights under the Fifth Amendment to the Constitution.

9. Defendant respectfully declines to answer Paragraph 9 based on his rights under the Fifth Amendment to the Constitution.

10. Defendant respectfully declines to answer Paragraph 10 based on his rights under the Fifth Amendment to the Constitution.

## DEFENDANT

11. Defendant admits that he is 57 years of age and resides in Winnetka, Illinois. Defendant respectfully declines to answer the remainder of Paragraph 11 based on his rights under the Fifth Amendment to the Constitution.

## RELEVANT ENTITIES AND INDIVIDUALS

12. Defendant respectfully declines to answer Paragraph 12 based on his rights under the Fifth Amendment to the Constitution.

13. Defendant respectfully declines to answer Paragraph 13 based on his rights under the Fifth Amendment to the Constitution.

14. Defendant respectfully declines to answer Paragraph 14 based on his rights under the Fifth Amendment to the Constitution.

## FACTS

### RGHI's Indebtedness to Refco

15. Defendant respectfully declines to answer Paragraph 15 based on his rights under the Fifth Amendment to the Constitution.

16. Defendant respectfully declines to answer Paragraph 16 based on his rights under the Fifth Amendment to the Constitution.

17. Defendant respectfully declines to answer Paragraph 17 based on his rights under the Fifth Amendment to the Constitution.

18. Defendant respectfully declines to answer Paragraph 18 based on his rights under the Fifth Amendment to the Constitution.

19. Defendant respectfully declines to answer Paragraph 19 based on his rights under the Fifth Amendment to the Constitution.

20. Defendant respectfully declines to answer Paragraph 20 based on his rights under the Fifth Amendment to the Constitution.

21. Defendant respectfully declines to answer Paragraph 21 based on his rights under the Fifth Amendment to the Constitution.

22. Defendant respectfully declines to answer Paragraph 22 based on his rights under the Fifth Amendment to the Constitution.

### Refco Period-End Transactions

23. Defendant respectfully declines to answer Paragraph 23 based on his rights under the Fifth Amendment to the Constitution.

24. Defendant respectfully declines to answer Paragraph 24 based on his rights under the Fifth Amendment to the Constitution.

25. Defendant respectfully declines to answer Paragraph 25 based on his rights under the Fifth Amendment to the Constitution.

26.     Defendant respectfully declines to answer Paragraph 26 based on his rights under the Fifth Amendment to the Constitution.

27.     Defendant respectfully declines to answer Paragraph 27 based on his rights under the Fifth Amendment to the Constitution.

28.     Defendant respectfully declines to answer Paragraph 28 based on his rights under the Fifth Amendment to the Constitution.

29.     Defendant respectfully declines to answer Paragraph 29 based on his rights under the Fifth Amendment to the Constitution.

30.     Defendant respectfully declines to answer Paragraph 30 based on his rights under the Fifth Amendment to the Constitution.

31.     Defendant respectfully declines to answer Paragraph 31 based on his rights under the Fifth Amendment to the Constitution.

### The Lee Partners Transaction

32.     Defendant respectfully declines to answer Paragraph 32 based on his rights under the Fifth Amendment to the Constitution.

33.     Defendant respectfully declines to answer Paragraph 33 based on his rights under the Fifth Amendment to the Constitution.

### Refco's Offering Documents

34.     Defendant respectfully declines to answer Paragraph 34 based on his rights under the Fifth Amendment to the Constitution.

35.     Defendant respectfully declines to answer Paragraph 35 based on his rights under the Fifth Amendment to the Constitution.

36.     Defendant respectfully declines to answer Paragraph 36 based on his rights under the Fifth Amendment to the Constitution.

37.     Defendant respectfully declines to answer Paragraph 37 based on his rights under the Fifth Amendment to the Constitution.

38.     Defendant respectfully declines to answer Paragraph 38 based on his rights under the Fifth Amendment to the Constitution.

39.     Defendant respectfully declines to answer Paragraph 39 based on his rights under the Fifth Amendment to the Constitution.

40.     Defendant respectfully declines to answer Paragraph 40 based on his rights under the Fifth Amendment to the Constitution.

## CLAIM FOR RELIEF

41.     Defendant incorporates by reference, as if set forth fully herein, his responses contained in Paragraphs 1-40 of this Answer.

42.     Defendant respectfully declines to answer Paragraph 42 based on his rights under the Fifth Amendment to the Constitution.

43.     Defendant respectfully declines to answer Paragraph 43 based on his rights under the Fifth Amendment to the Constitution.

44.     Defendant respectfully declines to answer Paragraph 44 based on his rights under the Fifth Amendment to the Constitution.

## PRAYER FOR RELIEF

The final portion of the Complaint is a Prayer for Relief that Defendant is not required to admit or deny.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury on all issues and claims so triable.

Dated: New York, New York                    Respectfully submitted,
       February 19, 2008


                                              _s/ Jonathan P. Bach_____
                                              William J. Schwartz (WJS 8462)
                                              Jonathan P. Bach (JPB 9710)
                                              Daniel M. Hibshoosh (DH 8959)
                                              Timothy M. Kerr (TK 3979)
                                              Cooley Godward Kronish LLP
                                              1114 Avenue of the Americas
                                              New York, NY 10036-7798
                                              Phone: (212) 479-6000
                                              Fax:    (212) 479-6275

**CERTIFICATE OF SERVICE**

I, Jonathan P. Bach, hereby certify that on this 19th day of February, 2008, I caused a true and correct copy of the Answer of Defendant Joseph P. Collins to the Complaint to be filed electronically. Notice of this filing will be electronically mailed to all parties registered with the Court's electronic filing system.

                                                   s/ Jonathan P. Bach
                                                   Jonathan P. Bach (JPB 9710)