UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
:
UNITED STATES SECURITIES AND           : Case No. 07 CV. 11343 (GEL)
EXCHANGE COMMISSION,                    :
                          Plaintiff,    :
                                        :
      - against -                       : **NOTICE OF APPEARANCE**
                                        :
JOSEPH P. COLLINS,                      :
                          Defendant.    :
                                        :
---------------------------------------- X

To the Clerk of the Court and all parties of record:

Kathleen E. Cassidy, a member of good standing in this Court, hereby enters her appearance as counsel of record on behalf of Defendant Joseph P. Collins in the above-captioned matter and requests that copies of all papers in connection with this proceeding be served upon the undersigned at the email address set forth below.

Dated: New York, New York
       August 21, 2008

Respectfully submitted,

_____
Kathleen E. Cassidy (KC 0630)
Email: kecassidy@cooley.com

Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Fax:   (212) 479-6275
*Counsel for Defendant Joseph P. Collins*

## CERTIFICATE OF SERVICE

I, Kathleen E. Cassidy, hereby certify that on this 21st day of August, 2008, I electronically filed the foregoing **Notice of Appearance** with the Court using the ECF system which sent notification of such filing to all counsel of record.

_____
Kathleen E. Cassidy (KC 0630)