UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
:
UNITED STATES SECURITIES AND             :
EXCHANGE COMMISSION,                     :
                              Plaintiff, :   No. 07 Civ. 11343 (GEL)
                                         :
            - against -                  :   **NOTICE OF APPEARANCE**
                                         :
JOSEPH P. COLLINS,                       :
                              Defendant. :
                                         :
------------------------------------------ X

To the Clerk of the Court and all parties of record:

   Daniel M. Hibshoosh, a member of good standing in this Court, enters his appearance as counsel of record on behalf of Defendant Joseph P. Collins in the captioned matter.

Dated: New York, New York           Respectfully submitted,
       August 21, 2008


                                    /s/ Daniel M. Hibshoosh
                                    Daniel M. Hibshoosh (DH-8959)
                                    Email: dhibshoosh@cooley.com

                                    Cooley Godward Kronish LLP
                                    1114 Avenue of the Americas
                                    New York, NY 10036-7798
                                    Phone: (212) 479-6000
                                    Fax:   (212) 479-6275
                                    *Counsel for Defendant Joseph P. Collins*

## CERTIFICATE OF SERVICE

I, Daniel M. Hibshoosh, certify that on August 21, 2008, I electronically filed the foregoing **Notice of Appearance** with the Court using the ECF system, which sent notification of such filing to all counsel of record.

Daniel M. Hibshoosh (DH-8959)